# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1432
_____

CORNELIO ANTONIO HUNT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.


June 2, 2026


PER CURIAM.

DENIED.

RAY, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Cornelio Antonio Hunt, pro se, Petitioner.

No appearance for Respondent.